## United States Bankruptcy Court
## Eastern District of Virginia
Norfolk Division

**In re:** Patrick Mondale Edmonds

**Case Number** 19-74479-SCS

**Debtor(s)**

**Chapter** 13

## ORDER

A hearing was held on January 9, 2020, due to the debtor's(s') failure to timely cure outstanding deficiency(ies).

☐ The debtor(s) appeared at the hearing.

☑ The debtor(s) did not appear at the hearing.

☐ Counsel for the debtor(s) appeared at the hearing.

For the reasons stated on the record from the bench, the Court ORDERS:

☐ The case shall go forward and not be dismissed.

☐ The debtor(s) shall cure the following deficiency(ies) on or before ☐ _____

☐ see attached Exhibit A:

**Failure to timely cure each deficiency listed above may result in the above-captioned bankruptcy case being dismissed without further notice or hearing.**

☑ The case is **DISMISSED** because the debtor(s) failed to appear at the hearing; and it is further

☐ The case is **DISMISSED**; and it is further

**ORDERED** that the debtor(s) pay the balance of the filing fee in the amount of $ 310.00 to the Clerk of Court within 14 days of the date of this order; and it is further

**ORDERED** that dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case. The trustee need not file a final report unless property or money was administered.

Date: Jan 15 2020

/s/ Stephen C. St.John
**United States Bankruptcy Judge**

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET: Jan 16 2020

[opursdefhrg ver. 11/19]